UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BROWN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | Civil No. 09-5225RJB-KLS<br><br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 17. The Court has considered the Report and Recommendation, objections, if any, and the record herein.

The Court hereby **FINDS** and **ORDERS**:

1) The Report and Recommendation (Dkt. 17) is **ADOPTED**;

2) This case is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Report and Recommendation; and

3) The Clerk is directed to send copies of this Order to all attorneys of record and to the Hon. Karen L. Strombom.

DATED this 27th day of April, 2010.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

Page 1    ORDER