# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT BROWN

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 09-5225RJB-KLS

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1) The Report and Recommendation (Dkt. 17) is **ADOPTED**; and

2) This case is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

|  |  |
|---|---|
| April 28, 2010 | BRUCE RIFKIN |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk