# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT BROWN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5225RJB/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff's motion for an award of fees and costs in the amount of $6,354.97 (Dkt. 20) is **GRANTED**.


September 7, 2010   |   BRUCE RIFKIN
Date   |   Clerk

   |   *s/CM Gonzalez*
   |   Deputy Clerk